UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 1:08-CV-359-B-W |
| | ) |
| RICHARD W. VERMETTE, | ) |
| | ) |
| Defendant. | ) |

**CONSENT JUDGMENT**

**THIS MATTER** coming on before the Court at this time, and it appearing that the parties agree and consent to a judgment as set forth in the Complaint filed herein, it is hereby

**ORDERED** that the defendant, Richard W. Vermette, pay to the United States pursuant to the Complaint, the principal amount of $3,690.12, interest in the amount of $798.94 as of April 11, 2007, pre-judgment interest at the rate of 7.14% per annum from April 11, 2007 to the date of judgment; and post-judgment interest from the date of judgment at the current legal rate in effect on that date until paid in full, and less the application of any payments made pursuant to a settlement agreement.  The judgment amount shall be paid in monthly installments on the1st of each month, and continuing each and every month thereafter until paid in full.  Further, the defendant shall keep the United States currently informed in writing of any material change in financial situation or ability to pay, and of any change in employment, place of residence or telephone number.  Defendant shall provide such information to the United States Attorney,

Financial Litigation Unit, 202 Harlow Street, Room 111, Bangor, Maine, 04401.  The amount of defendant's monthly payment may be increased if a review of defendant's financial situation warrants such an increase.  The defendant shall provide the United States with current accurate evidence of assets, income and expenditures (including but not limited to Federal Income tax returns) within fifteen (15) days of the date of request for such evidence by the United States Attorney as long as the judgment remains unpaid;  The defendant agrees to allow the U.S. Department of Justice to submit this debt to Treasury for inclusion in the Treasury Offset Program.  Under this program, any federal payment the defendant would normally receive may be offset and applied to this debt.  Payments shall be credited in accordance with the U.S. Rule, and it is further

**ORDERED** that execution upon said judgment be stayed unless and until the defendants become more than seven (7) days delinquent in the payment of any monthly installment due, in which event the defendants shall be considered in default and the entire balance shall become immediately due and payable and the plaintiff shall have the right to execute upon the judgment without any notice to the defendants; and it is further

**ORDERED** that this judgment shall be recorded in the Registry of Deeds/Clerk's Office in the county of the defendants' residence and any and all other counties in which the defendants have either real or personal property as a lien thereon; and is it further

**ORDERED** that upon payment in full, the plaintiff shall file a Satisfaction of Judgment with the District Court and the appropriate Registry of Deeds of the county in

which any judgment has been filed; and it is hereby

**ORDERED** that judgment be, and the same hereby is, entered in accordance with the foregoing.

DATED:  December 1, 2008

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE


Paula D. Silsby
United States Attorney


DATE:  11/25/2008          /s/
                            Evan J. Roth
                            Assistant U.S. Attorney


DATE:  11/12/2008          /s/
                            Richard W. Vermette